# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CORY O. GLASS**<br><br>     **Plaintiff,**<br><br>**vs.**<br><br>**FREEDOM MORTGAGE CORPORATION,**<br><br>     **Defendant.** | **Case No.: 25-cv-00363-B** |

## NOTICE OF SETTLEMENT OF ALL CLAIMS

**COMES NOW** Plaintiff and hereby provides this **NOTICE** that he has reached a binding settlement with Defendant Freedom Mortgage Corporation, which resolves all claims he has asserted in this case. Plaintiff further states that the settlement should be finalized within thirty (30) days at which time the parties will file a stipulation of dismissal, with prejudice, of the Plaintiff's claims.

Respectfully submitted this 11th day of June, 2026.

/s/ Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
Attorney for Plaintiff
RIEMER LAW, LLC
1610 Government Street
Mobile, Alabama 36604
Phone: (251) 432-9212
Email: kjr@Riemer-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been filed with this Court's CM/ECF system and was served upon all parties by electronic mail on June 11, 2026.

/s/ Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)